# CASES DISMISSED BEFORE THE CLERK DURING JANUARY TERM, A. D. 1911.

W. W. Prout and Martha Prout, Appellants, v. Dade County Security Company, Appellee.

Appeal from a decree of the Circuit Court for Dade County.

Appeal dismissed on præcipe of counsel for Appellants.

G. A. Worley and H. F. Atkinson, for Appellants;

Hudson & Boggs, for Appellee.

---

W. M. Bostwick, Appellant, v. Seaboard Air Line Railway, a Corporation, Appellee.

Appeal from a decree of the Circuit Court for Alachua County.

Appeal dismissed on præecipe of counsel for Appellant.

Axtell & Rinehart, for Appellant.

---

Claude T. Ansley, doing business as Ansley Wood Company, Plaintiff in Error, v. Atlantic Coast Line Railroad Company, a Corporation, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Hernando County.

Writ of error dismissed on præecipe of counsel for Plaintiff in Error.

Davant & Davant, for Plaintiff in Error.